Hon. Jacob Marks, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the CITY OF NEW YORK: In re Premises Situated between Suburban Place and East One Hundred and Seventy-third Street, Crotona Park East and Boston Road. Matter of MARY V. HICKS.— Motion granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of TITLE GUARANTEE AND TRUST COMPANY and Another as Trustees, etc., of MAURICE BLACK, Deceased: In re Premises Situated on West One Hundred and Seventy-second Street between Nelson and Shakspeare Avenues. — Motion granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the CITY OF NEW YORK: In re Premises Situated on East One Hundred and Fifty-first Street and East One Hundred and Fifty-second Street between Courtlandt and Morris Avenues.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of NORTHERN INSURANCE COMPANY OF MOSCOW, etc. In the Matter of the Application of NORTHERN INSURANCE COMPANY OF MOSCOW and Sundry Creditors Thereof for the Approval of a Plan for the Disposition of the Surplus Assets of Said Company.— Order modified as stated in order, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of SECOND RUSSIAN INSURANCE COMPANY, etc. In the Matter of the Application of SECOND RUSSIAN INSURANCE COMPANY and Sundry Creditors Thereof for the Approval of a Plan for the Disposition of the Surplus Assets of Said Company.— Order affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Petition of ALEXANDER & REID COMPANY and Others, Appellants, Relative to the Action of IRVING TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee, under Trust Mortgage Made by LIBBY's HOTEL CORPORATION, etc., Respondents, against LIBBY's HOTEL CORPORATION and Others, Defendants.*— Order affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Petition of ALEXANDER & REID COMPANY and Others, Petitioners, Relative to the Action of IRVING TRUST COMPANY, as Corporate Trustee, and Another, Respondents, against LIBBY's HOTEL CORPORATION and Others, Defendants; LIBBY's HOTEL CORPORATION and Others, Petitioners, Appellants.— Order affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GUSTAVO GALLOPIN, Individually, etc., v. ROBERT WINSOR and Others,

* Motions to dismiss appeals denied, 259 N. Y. ——.